HANS R. DYSVICK v. JENO'S, INC., AND ANOTHER.

240 N. W. 2d 6.

March 19, 1976—No. 45857.

*Bey, Ochs & Klimek* and *Richard Cesario*, for relators.
*William H. Getts*, for respondent.

PER CURIAM.

Certiorari to review a decision of the Workers' Compensation Board. The only issue raised is whether the employer had actual knowledge of the employee's injury so as to satisfy the notice requirement of Minn. St. 176.141. We hold that the board's finding that the employer had actual knowledge is reasonably supported by substantial evidence.

Affirmed.